

**NISSENBAUM LAW GROUP, LLC**

ATTORNEYS AT LAW

GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊
SOPHIA M. SHALABY, ESQ. Δ
ERIC J. WARNER, ESQ. ∞

SENIOR PARALEGALS
  CAROLE ZEMPEL
  KAITLYN SCHUMACHER
PARALEGALS
  AMANDA MILLER
  ALEXANDRA LLAVERIAS
  NATALIE GOMEZ

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ    *Admitted in NJ, NY, PA, TX & DC*
□    *Admitted in NJ, NY, PA & TX*
∞    *Admitted in NJ, NY & PA*
○    *Admitted in NJ, NY & TX*
Δ    *Admitted in NJ & NY*
◊    *Admitted in NJ & PA*

MEETINGS BY APPOINTMENT ONLY

January 30, 2026

**VIA ECF**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    **Scott Cawthon v. Jiaxi Li**
          **Docket No.: 1:25-cv- 10636-LGS**

Dear Judge Schofield:

Our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to request an adjournment of the initial conference currently scheduled for February 17, 2026, and for this letter to satisfy the February 10th deadline for a status update.

To that end, we note that our office has engaged an investigative firm based in China to verify the defendant Jiaxi Li's (**"Defendant"**) purported addresses in order to effectuate service of the filings in this matter. Thus, Defendant has not appeared nor otherwise responded to the complaint in this matter, as they have not yet been served. In the meantime, we have provided the pleadings to the Defendant via email at the address they provided in their counter-notice. If the Defendant's address is verified, plaintiff may have to serve process in accordance with the Hague Convention, which could take months to ultimately effectuate such service.

In light of the foregoing, we respectfully request that the Court adjourn the February 17th initial conference pending Defendant's appearance in this matter by sixty (60) days to April 18th. We have not asked for any other adjournments in this case. We do not have consent of our adversary for this request as they have not yet appeared in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: _ /s/ Anthony C. Gunst, IV _
Anthony C. Gunst, IV

Application **GRANTED**.  The conference scheduled for February 17, 2026, is **ADJOURNED** to **April 14, 2026 at 3:15 P.M**.  The conference will be held in person at the Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007.  By **April 7, 2026**, the parties shall file a joint status letter and proposed case management plan.  If Defendant has not been served by that date, Plaintiff shall file a status letter providing an update on efforts to serve Defendant.

Dated: February 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2