

**NISSENBAUM LAW GROUP, LLC**
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊
SOPHIA M. SHALABY, ESQ. Δ
ERIC J. WARNER, ESQ. ∞

SENIOR PARALEGALS
  CAROLE ZEMPEL
  KAITLYN SCHUMACHER
PARALEGALS
  AMANDA MILLER
  ALEXANDRA LLAVERIAS
  NATALIE GOMEZ
  ISABELLE AGUSTIN
  LINDSAY LEVINE

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ   Admitted in NJ, NY, PA, TX & DC
□   Admitted in NJ, NY, PA & TX
∞   Admitted in NJ, NY & PA
○   Admitted in NJ, NY & TX
Δ   Admitted in NJ & NY
◊   Admitted in NJ & PA
MEETINGS BY APPOINTMENT ONLY

March 20, 2026

**Application GRANTED in part.  The Initial Pretrial Conference scheduled for April 14, 2026, is ADJOURNED to May 26, 2026, at 3:15 P.M.  The conference will be held in person at the Thurgood Marshall United States Courthouse, Courtroom 1106, 40 Foley Square, New York, NY 10007.  By May 19, 2026, the parties shall file a joint status letter and proposed case management plan.  If Defendant has not been served by that date, Plaintiff shall file a letter providing an update on efforts to serve Defendant.**

**Dated: March 23, 2026**
**New York, New York**

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

**VIA ECF**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   **Scott Cawthon v. Jiaxi Li**
      **Docket No.: 1:25-cv- 10636-LGS**

Dear Judge Schofield:

As you know, our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to provide a status update in this matter, and for this letter to satisfy the April 7th deadline for an update on Plaintiff's efforts to serve defendant Jiaxi Li (**"Defendant"**).

To that end, we respectfully note that Hylands Law Firm (**"Hylands"**), a law firm with offices in China was engaged by our office in connection with this matter and has verified Defendant's purported address. According to the records of the local company registrar, Hylands determined that the purported address appears to be the official registered address of Defendant's limited liability company, of which Defendant is the sole shareholder. Thus, our office continues to work closely with Hylands to exercise due diligence in effecting service upon Defendant in accordance with the Hague Service Convention.

At present, Hylands is assisting our firm with the certified Chinese translation of the filings in this matter and the submission of the Hague Service application to the Ministry of Justice of China. As the Court may be aware, this process can take several months before service is ultimately effectuated.

Nevertheless, Plaintiff's efforts to effectuate service upon Defendant are underway, and we intend to provide further updates once such service has been completed. In light of the foregoing, we respectfully request that the April 14, 2026 conference be adjourned pending completion of service in this matter. We note that the Court previously granted Plaintiff's first request for an adjournment, and we now respectfully submit Plaintiff's second request in this matter. We do not have consent of our adversary for this request as they have not yet appeared in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY:    */s/ Anthony C. Gunst, IV*
           Anthony C. Gunst, IV