NISSENBAUM LAW GROUP, LLC

# NISSENBAUM LAW GROUP, LLC

ATTORNEYS AT LAW

GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊

SENIOR PARALEGALS
CAROLE ZEMPEL
KAITLYN SCHUMACHER
AMANDA M LLER
ALEXANDRA LLAVERIAS

PARALEGALS
NATAL E GOMEZ
ISABELLE AGUST N

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ *Admitted in NJ, NY, PA, TX & DC*
□ *Admitted in NJ, NY, PA & TX*
∞ *Admitted in NJ, NY & PA*
○ *Admitted in NJ, NY & TX*
Δ *Admitted in NJ & NY*
◊ *Admitted in NJ & PA*

MEETINGS BY APPOINTMENT ONLY

July 21, 2026

**VIA ECF**
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Application **GRANTED**. By **August 4, 2026**, Plaintiff shall file a motion for alternative service pursuant to Federal Rule of Civil Procedure 4(f). The Initial Pretrial Conference scheduled for July 28, 2026, is **ADJOURNED** sine die pending resolution of Plaintiff's motion. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 15.

Dated: July 21, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: **Scott Cawthon v. Jiaxi Li**
**Docket No.: 1:25-cv- 10636-LGS**

Dear Judge Schofield:

As you know, our office represents plaintiff Scott Cawthon (“**Plaintiff**”) in the above-captioned matter. We write to provide a status update in this matter, and for this letter to satisfy the July 21st deadline for an update on Plaintiff’s efforts to serve defendant Jiaxi Li (“**Defendant**”). [ECF No. 14].

As previously noted, Hylands Law Firm (“**Hylands**”), a law firm with offices in China was engaged by our office in connection with this matter to exercise due diligence in verifying the defendant Jiaxi Li’s (“**Defendant**”) purported address to effectuate service through the Central Authority of China. According to the records of the local company registrar, Hylands determined that the purported address, translated into Chinese (No. 19, Changhe Road, Dongcheng Town, Yangdong District, Yangjiang City, Guangdong Province) (the “**Service Address**”), appeared to be the official registered address of Defendant’s limited liability company, of which Defendant is

the sole shareholder. Thus, we proceeded with the submission of the Hague Service application to the Ministry of Justice of the People's Republic of China ("**MOJ**") to effectuate service of the filings in this matter upon Defendant at the Service Address.

On or about June 15, 2026, the MOJ informed that they were unable to effectuate service upon Defendant at the Service Address. The process server noted that the Service Address was a building that had only one construction company operating in the building. The staff of that company stated that they did not know Defendant and, therefore, service could not be completed. *See* **Exhibit A**. Accordingly, these findings suggest that Defendant has provided misleading information to conceal their whereabouts, and Defendant's physical address remains unknown.

In light of the foregoing, Plaintiff intends to file a motion for alternative service on Defendant pursuant to Rule 4(f) of the Federal Rules of Civil Procedures, which will incorporate Hylands' detailed findings in further support of Plaintiff's diligence in attempting to locate and serve Defendant in this matter. Accordingly, we respectfully request that the July 28, 2026 conference be adjourned pending completion of service in this matter. We note that the Court previously granted Plaintiff's last request for an adjournment, and we now respectfully submit Plaintiff's fourth request in this matter. We do not have consent of our adversary for this request as they have not yet appeared in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: *<u>/s/ Anthony C. Gunst, IV</u>*
Anthony C. Gunst, IV

# EXHIBIT A

# The Primary People's Court of Yangdong District Yangjiang City of Guangdong Province

## Proof of Service

| | |
|---|---|
| Cause of Action | Intellectual Property Ownership Dispute |
| Case Number | (2026)Yue 1704 XieWaisong No.1 |
| Name and quantity of the Service Document | 1、Summary Of Documents;<br>2、1-S-Complaint;<br>3、2-S-Civil Cover Sheet;<br>4、3-S-A0121 Copyright Form;<br>5、4-S-Summons Issued as to Defendant;<br>6、5-S-Exhibits A-G to Complaint;<br>7、1-T-Complaint;<br>8、2-T-Civil Cover Sheet;<br>9、3-T-A0121 Copyright Form;<br>10、4-T-Summons Issued as to Defendant;<br>11、5-T-Exhibits A-G to Complaint;<br>12、request;<br>13、Transfer |
| Recipient | Jiaxi Li |
| Service Address | No. 19, Changhe Road, Dongcheng Town, Yangdong District, Yangjiang City, Guangdong Province |
| Signature or seal of the recipient | Year Month Day |
| Agent for Service & Reason for Agency | Year Month Day |
| Reasons for Obstruction of Service, Reasons for Refusal and Date | Reasons for the failure of service: The address of the recipient is a building. There is only one construction company operating in the building. According to the inquiries made by the official of the court, the staff of the company stated that they did not know the recipient.<br>Reasons for refusal:<br>June 15, 2026 |
| Remarks | The "Letter of Assistance for Transferring Civil and Commercial Judicial Documents/ Judicial External Documents for Delivery to Foreign Parties" issued by the Guangdong High People's Court [Document Number: (2026) Yue Xie Wa Sheng 180] |

Issuer: Baojun LAI Process Servers: [signatures]