NISSENBAUM LAW GROUP, LLC

NISSENBAUM LAW GROUP, LLC
ATTORNEYS AT LAW
GDNLAW.COM

2400 MORRIS AVENUE, SUITE 301
UNION, NEW JERSEY 07083

P. 908.686.8000
F. 908.686.8550

GARY D. NISSENBAUM, ESQ. φ
LAURA J. MAGEDOFF, ESQ. □
ANTHONY C. GUNST IV, ESQ. ∞

NEELAM K. SINGH, ESQ. Δ
RYAN N. FERNANDEZ, ESQ. ○
SALMA A. ATTIA, ESQ. ◊
ABIGAIL M. ROOS, ESQ. ϴ
MADELINE M. KOPP, ESQ. ϴ

SENIOR PARALEGALS
CAROLE ZEMPEL
KAITLYN SCHUMACHER
AMANDA MILLER
ALEXANDRA LLAVERIAS

PARALEGALS
NATALIE GOMEZ
ISABELLE AGUSTIN

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606
212.871.5711

100 CRESCENT COURT, 7TH FLOOR
DALLAS, TEXAS 75201
214.222.0020

1650 MARKET STREET, STE 3600
PHILADELPHIA, PENNSYLVANIA 19103
215.523.9350

φ *Admitted in NJ, NY, PA, TX & DC*
□ *Admitted in NJ, NY, PA & TX*
∞ *Admitted in NJ, NY & PA*
○ *Admitted in NJ, NY & TX*
Δ *Admitted in NJ & NY*
◊ *Admitted in NJ & PA*
ϴ *Admitted in NJ*

MEETINGS BY APPOINTMENT ONLY

Application **GRANTED**. The initial pre- trial conference scheduled for September 29, 2026, is **ADJOURNED** sine die. By **October 7, 2026**, Plaintiff shall a motion for a default judgment or dismiss the action.

Dated: September 23, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

September 22, 2026

**VIA ECF**

Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: **Scott Cawthon v. Jiaxi Li**
**Docket No.: 1:25-cv- 10636-LGS**

Dear Judge Schofield:

Our office represents plaintiff Scott Cawthon (**"Plaintiff"**) in the above-captioned matter. We write to provide a status update and to request that the Court adjourn the initial conference currently scheduled for September 29, 2026.

In accordance with the Court's August 7, 2026 order granting electronic mail service upon defendant Jiaxi Li ("**Defendant**") [ECF No. 18], on or about August 11, 2026, our office caused copies of the filings in this matter to be served upon Defendant via their proffered email address (hephaistos_service@163.com), and it was successfully delivered. *See* [ECF No. 19]. To date, Defendant has not answered nor otherwise moved with respect to the complaint. Accordingly, Plaintiff intends to request a clerk's certificate of entry of default against Defendant pursuant to Fed. R. Civ. P. 55(a).

Consequently, we respectfully request that the Court adjourn the September 29th initial conference indefinitely, pending Defendant's appearance in this matter. This is Plaintiff's fifth request for an adjournment in this case. We do not have consent of our adversary for this request as they have not yet appeared in this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

NISSENBAUM LAW GROUP, LLC

BY: *_/s/ Anthony C, Gunst, IV_*
Anthony C. Gunst, IV