**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SCOTT CAWTHON,<br>*Plaintiff,*<br>v.<br>JIAXI LI,<br>*Defendant.* | Civil Action No. 1:25-cv-10636-LGS<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, the undersigned attorneys for plaintiff Scott Cawthon ("**Plaintiff**"), shall move for an order granting Plaintiff's motion for entry of default judgment against defendant Jiaxi Li ("**Defendant**") pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(c), before the Honorable Lorna G. Schofield, United States District Judge for the Southern District of New York at the Thurgood Marshall, United States Courthouse, 40 Foley Square, Courtroom: 1106, New York, New York 10007.

In support of this motion, Plaintiff shall rely upon the accompanying Memorandum of Law, the Declaration of Anthony C. Gunst, IV, Esq., and the exhibits submitted therewith.

Dated: October 7, 2026

Respectfully submitted,

BY: */s/ Anthony C. Gunst, IV*
Anthony C. Gunst, IV (5731203)
**NISSENBAUM LAW GROUP, LLC**
2400 Morris Avenue, Suite 301
Union, New Jersey 07083
Tel: 908-686-8000
Fax: 908-686-8550
ag@gdnlaw.com
*Attorneys for Plaintiff*

By **October 14, 2026**, Plaintiff shall file a proposed Order to Show Cause for default judgment. Plaintiff need not refile its papers in support of the motion for default judgment. So Ordered.

Dated: October 8, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE